# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3250

_____

United States of America,      *
     *
     Appellee,      *
     *    Appeal from the United States
     v.      *    District Court for the
     *    Eastern District of Missouri.
James Frazier,      *
     *        [UNPUBLISHED]
     Appellant.      *

_____

Submitted: April 26, 2006
Filed: May 1, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal prisoner James Frazier appeals the district court's[1] denial of his "motion for court recommendation" that he be allowed to serve the remainder of his sentence at a community correction center. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.